UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY GARNER,<br><br>                    Plaintiff,<br><br>     v.<br><br>NEW STRATEGIC SYSTEMS, LLC; INDEPENDENCE RECOVERY SERVICES, LLC; and DAVID HASS,<br><br>                    Defendants. | NO:  CV-09-5031-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE AND AWARDING JUDGMENT |

BEFORE the Court is Plaintiff's Motion for Entry of Default Judgment (Ct. Rec. 47).  The Clerk's office entered an Order of Default (Ct. Rec. 46) in this case for Defendants' failure to answer.  Having reviewed said motion and the file and pleadings therein, the Court deems itself otherwise fully advised in the premises. The Court finds good cause exists to grant Plaintiff's Motion for Entry of Default Judgment. Accordingly,

ORDER OF DISMISSAL WITH PREJUDICE AND AWARDING JUDGMENT ~ 1

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Entry of Default Judgment (**Ct. Rec. 47**) is **GRANTED**.

2. Total Judgment of **$7,138.00** (seven thousand one hundred thirty eight dollars) is awarded to Plaintiff as follows:

    a. **$1,000.00** (one thousand dollars) for statutory damages;

    b. **$5,333.00** (five thousand three hundred thirty three dollars) for attorneys' fees;

    c. **$ 805.00** (eight hundred five dollars) in costs.

3. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice.

5. All pending motions, if any, are **DENIED AS MOOT**. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, entry Judgment as outlined in this Order, and **CLOSE** this file.

**DATED** this 29th day of October, 2010.

                                  *s/ Rosanna Malouf Peterson*
                                 ROSANNA MALOUF PETERSON
                                   United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE AND AWARDING JUDGMENT ~ 2