# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

MARY GARNER,

                Plaintiff,

                              JUDGMENT IN A CIVIL CASE

                v.

NEW STRATEGIC SYSTEMS, LLC;
INDEPENDENCE RECOVERY SERVICES, LLC;    CASE NUMBER: CV-09-5031-RMP
and DAVID HASS,

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Entry of Default Judgment is granted. Total Judgment of $7,138.00 (Seven Thousand One Hundred Thirty-Eight Dollars) is awarded to Plaintiff as follows:

    a.    $1,000.00 (One Thousand Dollars) for statutory damages;

    b.    $5,333.00 (Five Thousand Three Hundred Thrity-Three Dollars) for attorney's fees;

    c.    $805.00 (Eight Hundred Five Dollars) in costs.

Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice.

October 29, 2010                                      JAMES R. LARSEN
*Date*                                                    *Clerk*
                                                          s/ Linda Emerson
                                                          *(By) Deputy Clerk*
                                                          Linda Emerson